IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 MAR -4  AM 11: 34
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 5 1999

| | |
|---|---|
| KELLY WHITE and THURMAN WHITE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | CV 97 G 1523 S |
| R.R. DAWSON BRIDGE COMPANY, ) | |
| INC., L.L.C., LEE MIN PEA, an individual, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF FINAL DISMISSAL

The Court has been advised that the parties have resolved their differences. It is therefore, ORDERED, ADJUDGED, and DECREED that the claim filed by Kelly White and Thurman White against the defendants Lee Min Pea and R.R. Dawson Bridge Company, Inc., L.L.C., is hereby dismissed with prejudice, costs taxed as paid. It is also ORDERED, ADJUDGED and DECREED, that the claim filed by Mr. Lee Min Pea against R.R. Dawson Bridge Company, Inc., L.L.C., is dismissed with prejudice, costs taxed as paid.

HONORABLE J. FOY GUIN, JR.
U.S. District Court, Northern District of Alabama

cc:  Larry W. Harper
     J. Paul Sizemore
     PORTERFIELD, HARPER & MILLS, P.A.

     W. Lee Gresham, III, Esquire
     HARDIN & HAWKINS

     Michael A. LeBrun, Esquire
     POTTS & YOUNG ATTORNEYS, L.L.P.

63